IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re | * | |
| DAWN CRICKET ALEXANDER, | * | Case No. 21-13896 |
| | | Chapter 7 |
| Debtor. | * | |
| *   *   *   *   *   *   *   * | * | *   *   *   *   * |

TRUSTEE'S NOTICE OF SALE OF NON-EXEMPT
<u>EQUITY IN PERSONAL PROPERTY</u>

YOU ARE HEREBY NOTIFIED that the Trustee in this case proposes to sell the non-exempt equity in the assets described below:

**TYPE OF SALE:**   Private Sale

**PROPERTY TO BE SOLD:**   Non-exempt equity of the Debtor's interest in a Wells Fargo bank account XXXX5140 (the "Property").

**SALE PRICE/TERMS OF PAYMENT:**   $41,663.21.

**SCHEDULED VALUE OF ASSETS:**   $47,236.21.

**DATE OF ANY APPRAISAL, VALUE OF APPRAISAL, NAME/ADDRESS OF APPRAISER:**   Letter from Wells Fargo dated June 14, 2021.

**NAME OF THE BUYER, AND RELATIONSHIP TO ANY PARTY IN INTEREST:**   The purchaser is the Debtor Dawn Cricket Alexander.

**SALES AGENT/AUCTIONEER/BROKER/ETC.:**   N/A

**COMPENSATION TO SALE AGENT/AUCTIONEER/BROKER/ETC.:**   Not applicable.

**ADDITIONAL SALES CHARGES:**   None

**ESTIMATED TRUSTEE'S COMMISSION ON SALE:**   $4,916.32

**LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:**   There are no liens on the Property.

**PROCEEDS ESTIMATED TO BE PAID TO THE ESTATE:**   Approximately $36,746.89.

The Trustee recommends that the proposed sale be approved for the following reason: The scheduled value of the Property is $47,236.21. The Debtor is electing to use $5,573.00 in

available exemptions. Thus, the non-exempt equity of the Debtor's interest in the Property is $41,663.21. The Trustee alleges that the amount of the proposed payment is fair and reasonable.

Parties in interest wishing to object to the proposed sale of non-exempt equity in the personal property must file their objections in writing within twenty-one (21) days of the date of this notice with the Office of the Clerk of the United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 W. Lombard Street, Baltimore, Maryland 21201, with a copy to the Trustee at the address given below. Objections must be filed no later than November 19, 2021. Objections must contain a full and complete specification of the factual and legal grounds upon which they are based. If an objection(s) is filed, a hearing is scheduled for December 6, 2021 at 3 p.m. in Courtroom 9-D, U.S. Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Baltimore, MD 21201. If no timely objections are filed, the proposed sale may be authorized without further order or notice. The Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed. Parties in interest with questions may contact the Trustee at the address or telephone number listed below.

Dated: October 29, 2021

/S/ Monique D. Almy
Monique D. Almy ( Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
10th Floor
Washington, DC  20004
(202) 508-8749
Chapter 7 Trustee