IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| DAWN CRIKET ALEXANDER, | * | Case No. 21-13896 |
| | | Chapter 7 |
| Debtor. | * | |

* * * * * * * * * * * *

MOTION BY TRUSTEE FOR EXTENSION OF DEADLINE
TO FILE COMPLAINTS OBJECTING TO DISCHARGE AND
TO OBJECT TO DEBTOR'S EXEMPTIONS

Monique D. Almy, Chapter 7 Trustee (the "Trustee") moves to extend the deadline to file a complaint objecting to discharge and to object to Dawn Criket Alexander's ("Debtor") exemptions, and in support states as follows:

1. On June 11, 2021, Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

2. Trustee was appointed trustee in the bankruptcy case. She has accepted that appointment and has qualified as she is covered by a blanket trustee's bankruptcy bond, Blanket Trustee's bond No. 3792891.

3. By notice dated June 11, 2021, Debtor's Section 341 First Meeting of Creditors was scheduled for July 12, 2021. The meeting was held, but not concluded. It was continued to July 26, 2021.

4. The continued meeting was on July 26, 2021, but the Trustee's disposition as to the case is pending.

5. On August 18, 2021, Trustee filed her Motion to Extend Deadlines to File Complaints Objecting to Debtor's Exemptions in this case. That motion was granted by the Court by Order entered on September 9, 2021, extending the exemption objection deadline to November 15, 2021.

DCACTIVE-63782161.1

6. On September 9, 2021, Trustee filed her Motion to Extend Deadlines to File Complaints Objecting to Debtor's Discharge in this case. That motion was granted by the Court by Order entered on September 13, 2021, extending the discharge objection deadline to November 15, 2021.

7. The Trustee moves for an additional ninety (90) day extension of the deadline to file a complaint objecting to discharge and objecting to Debtor's exemptions as she is investigating Debtor's assets and claimed exemptions. Specifically, the co-owner of some of Debtor's assets, April Giles, has recently filed a Chapter 7 case, Case No. 21-16774, which the Trustee needs to review.

WHEREFORE, for the foregoing reasons, the Trustee moves to extend the deadline to file a complaint objecting to discharge and to object to Debtor's exemptions from November 15, 2021 to February 13, 2022, or 90 days after the date of this Order, whichever is later, and for such other and further relief as this Court deems fair and just.

/S/ Monique D. Almy
Monique D. Almy, Federal Bar No. 04479
Crowell & Moring
1001 Pennsylvania Ave, N.W., 10th Floor
Washington, DC  20004
(202) 508-8749
Chapter 7 Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of November, 2021 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion by Trustee for Extension Of Deadline To File Complaints Objecting To Discharge and to Object to Debtor's Exemptions will be served electronically by the Court's CM/ECF system on the following:

- **Robert L. Kline**    klinelawgroupllc@gmail.com

- **Craig Palik** cpalik@mhlawyers.com, dmoorehead@mhlawyers.com; cpalik@ecf.inforuptcy.com; kolivercross@mhlawyers.com
- **Joseph Michael Selba**   JSelba@tydingslaw.com, jselba@tydings.com
- **Adam M. Spence**   adam@spencefirm.com
- **Christopher S. Young**   cyoung@btlg.us, sphillips@btlg.us; hconnolly@btlg.us; edonohue@btlg.us; hyeung@btlg.us; klohmeyer@btlg.us

was sent via first class, postage prepaid to:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

      /S/ Monique D. Almy
Monique D. Almy