IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: *

DAWN CRIKET ALEXANDER, * Case No. 21-13896
Chapter 7
Debtor. *

* * * * * * * * * * * * *

TRUSTEE'S REPORT OF SALE

Monique D. Almy, Chapter 7 Trustee for the bankruptcy estate of Dawn Criket Alexander (the "Trustee"), hereby submits this Report of Sale.

1. Dawn Criket Alexander (the "Debtor") has an interest a bank account at Wells Fargo (the "Property") with a value of $47,236.21.

2. The Debtor is electing to use $5,573 in available exemptions. Thus, the non-exempt equity of the Debtor's interest in the Property is $41,663.21.

3. On October 29, 2021, Trustee filed her Notice of Sale of Non-Exempt Equity In Personal Property [Dkt. No. 51] (the "Sale Notice").

4. No objections have been filed.

5. Net proceeds of $41,663.21 for the Property have been deposited into the estate account, pending the filing of the Trustee's final account and proposed distribution in this case.

DATED: November 23, 2021            Respectfully submitted,

                                    /S/ Monique D. Almy
                                    Monique D. Almy (Fed. Bar No. 04479)
                                    Crowell & Moring LLP
                                    1001 Pennsylvania Avenue, N.W., 10th Floor
                                    Washington, DC 20004
                                    Telephone: (202) 508-8749
                                    Chapter 7 Trustee

DCACTIVE-63911471.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Trustee's Report of Sale will be served electronically by the Court's CM/ECF system on the following:

- Robert L. Kline    klinelawgroupllc@gmail.com
- Craig Palik    cpalik@mhlawyers.com, dmoorehead@mhlawyers.com; cpalik@ecf.inforuptcy.com; kolivercross@mhlawyers.com; hleaphart@mhlawyers.com
- Joseph Michael Selba    JSelba@tydingslaw.com, jselba@tydings.com
- Adam M. Spence    adam@spencefirm.com
- Christopher S. Young    cyoung@btlg.us, sphillips@btlg.us; hconnolly@btlg.us; edonohue@btlg.us; hyeung@btlg.us; klohmeyer@btlg.us

And was served via first class mail, postage prepaid on:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

                                                         /S/ Monique D. Almy
                                                        Monique D. Almy

DCACTIVE-63911471.1