FILED

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

2022 JAN 13 PM 1 17

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Name of Debtor(s) listed on the bankruptcy case

**In re:**

Dawn Alexander

**CASE NO:** 21-13896

**CHANGE OF MAILING ADDRESS**

1.  This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ■ Creditor

2.  **Old Address:**
    Name(s):                    TBF Financial, LLC
    Mailing Address:            740 Waukegan Rd., Suite 404
    City, State, Zip Code:      Deerfield, IL 60015

3.  **New Address:**
    Name(s):                    TBF Financial, LLC
    Mailing Address:            870 Sheridan Rd
    City, State, Zip Code:      Highwood, IL 60040
    **Telephone Number(s):**    847-267-0600

4.  ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by
    email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN
    account number below (DeBN account numbers can be located in the subject title of all emailed
    court orders and notices).

    Debtor's DeBN account number _____
    Joint Debtor's account number_____

Date: 01/06/2022

Brett Boehm
Requestor's printed name(s)

Requestor's signature(s)

Manager
Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018