# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Dawn Criket Alexander | § | Case No. 21-13896 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/11/2021. The undersigned trustee was appointed on 06/11/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    41,663.21

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 7.50 |
   | Bank service fees | 83.06 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $    41,572.65

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was 09/14/2021 and the deadline for filing governmental claims was 12/08/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,916.32.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests a sum of $4,916.32, for a total compensation of $4,916.32$^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $116.50, for total expenses of $116.50$^{2}$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/21/2022        By: /s/Monique D. Almy, Trustee  
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-13896 | DER | Judge: | David E. Rice | Trustee Name: | Monique D. Almy, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Dawn Criket Alexander | | | | Date Filed (f) or Converted (c): | 06/11/2021 (f) |
| | | | | | 341(a) Meeting Date: | 07/12/2021 |
| For Period Ending: | 04/21/2022 | | | | Claims Bar Date: | 09/14/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family 5108 Brady Court Ellicott City, Md 21043 Howard | 877,000.00 | 0.00 | | 0.00 | FA |
| 2. Toyota Minivan Mileage: 165000 Not Operable | 250.00 | 0.00 | | 0.00 | FA |
| 3. 2 Tv's , 1 Radio/Clock | 225.00 | 0.00 | | 0.00 | FA |
| 4. 1 Watch, 2 Rings | 150.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6. Wells Fargo $47,236.21 | 47,236.21 | 41,663.21 | | 41,663.21 | FA |
| 7. Wells Fargo - Joint Checking Account With Brother $52.73 | 52.73 | 0.00 | | 0.00 | FA |
| 8. 100% Ownership of Algits Incorporated, pending Chapter 11 case | 1.00 | 0.00 | | 0.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. 401(K) Or Similar Plan: Ibm | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) Or Similar Plan: Charles Schwab | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Ira: Citibank | 30,000.00 | 0.00 | | 0.00 | FA |
| 13. Ira: Vanguard | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. Unsecured Creditor In Algits Incorporated Chapter 11 Case | 1.00 | 0.00 | | 0.00 | FA |
| 15. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 16. Household Goods and Furnishings | 550.00 | 0.00 | | 0.00 | FA |
| 17. Clothing | 325.00 | 0.00 | | 0.00 | FA |
| 18. .614 land, Glen Planters Lane | 5,100.00 | 0.00 | | 0.00 | FA |
| 19. Coconut Beach Timeshare | 1,000.00 | 0.00 | | 0.00 | FA |
| 20. 11358 Barley Field Way | 909,500.00 | 0.00 | | 0.00 | FA |
| 21. 2021 Toyota Avalon - leased vehicle | 1.00 | 0.00 | | 0.00 | FA |
| 22. Bank of America account XXX2902 | 7.11 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-13896 DER | Judge: | David E. Rice | Trustee Name: | Monique D. Almy, Trustee |
|---|---|---|---|---|---|
| Case Name: | Dawn Criket Alexander | | | Date Filed (f) or Converted (c): | 06/11/2021 (f) |
| | | | | 341(a) Meeting Date: | 07/12/2021 |
| For Period Ending: | 04/21/2022 | | | Claims Bar Date: | 09/14/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Bank of America account XXXX2915 | 12.10 | 0.00 | | 0.00 | FA |
| 24. Capital One account XXXXX8826 | 250.00 | 0.00 | | 0.00 | FA |
| 25. Capital One account XXXXX8303 | 250.00 | 0.00 | | 0.00 | FA |
| 26. Citibank, account 52095582 | 598.48 | 0.00 | | 0.00 | FA |
| 27. Manulife Stock, 27327353 | 878.58 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,889,438.21          $41,663.21          $41,663.21          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered the Non-exempt equity of the Debtor's interest in a Wells Fargo bank account XXXX5140. The debtor's business, Algits, case no. 21-13888, received a purchase offer early in the case but ultimately defaulted. After some delay the business was sold. Some of the Debtor's property is encumbered by liens supporting business debt. There is a disagreement between the bank and landlord in the business case over who gets some of those proceeds. Depending on how that is resolved, Debtor's residence may, or may not, have equity that the Trustee will liquidate. That business dispute has delayed the administration of the Debtor's case.

RE PROP #    20    --    Property is Deeded to April Giles as Sole Owner, at Book 18705, page 155. Purchase Money Deed of Trust recorded same date with April Giles as sole obligor of mortgage payments.

Initial Projected Date of Final Report (TFR): 09/30/2022          Current Projected Date of Final Report (TFR): 04/08/2022

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 21-13896 | Trustee Name: Monique D. Almy, Trustee |
| Case Name: Dawn Criket Alexander | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0381 |
| | Checking |
| Taxpayer ID No: XX-XXX5097 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 04/21/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/21 | 6 | Wells Fargo | Non-exempt equity in personal property | 1129-000 | $41,663.21 | | $41,663.21 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.10 | $41,626.11 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.96 | $41,580.15 |
| 03/04/22 | 2001 | SeibertKeck Insurance Partners 812 E Huron #280 Cleveland, OH  44115 | Trustee Bond Payment | 2300-000 | | $7.50 | $41,572.65 |

| | | |
|---|---|---|
| COLUMN TOTALS | $41,663.21 | $90.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,663.21 | $90.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,663.21 | $90.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals: $41,663.21   $90.56

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0381 - Checking | $41,663.21 | $90.56 | $41,572.65 |
| | $41,663.21 | $90.56 | $41,572.65 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $41,663.21 |
| Total Gross Receipts: | $41,663.21 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-13896  
Debtor Name: Dawn Criket Alexander  
Claims Bar Date: 9/14/2021  

Date: April 21, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Monique Desiree Almy<br>CROWELL & MORING<br>1001 PENNSYLVANIA AVENUE, N.W., 10TH FL<br>WASHINGTON, DC 20004-2595 | Administrative | | $0.00 | $4,916.32 | $4,916.32 |
| 100 2200 | Monique Desiree Almy<br>CROWELL & MORING<br>1001 PENNSYLVANIA AVENUE, N.W., 10TH FL<br>WASHINGTON, DC 20004-2595 | Administrative | | $0.00 | $116.50 | $116.50 |
| 9 400 4110 | Branch Banking & Trust Company<br>Now Truist<br>Bankruptcy Section<br>Po Box 1847, 100-50-01-51<br>Wilson, Nc 27894 | Secured | | $0.00 | $7,292.18 | $0.00 |
| 1 300 7100 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850<br>Attn: Matthew Tillma | Unsecured | Account No. XXXX9903 | $0.00 | $2,710.43 | $2,710.43 |
| 2 300 7100 | Allegiant Partners, Inc.<br>c/o Kind & Dashoff, LLC<br>One Church Lane<br>Baltimore, MD 21208<br>Attn: Richard Kind | Unsecured | | $31,000.00 | $31,213.71 | $31,213.71 |
| 3 300 7100 | CIT Bank, NA<br>155 Commerce Way<br>Portsmouth, NH 03801 | Unsecured | | $90,000.00 | $102,983.26 | $102,983.26 |
| 4 300 7100 | Citibank, N.A.<br>6716 Grade Ln Blg 9<br>Ste 10-PY Dept<br>Louisville, KY 40213-3439<br>Attn: Benni Ewing | Unsecured | Account No: 5874 | $0.00 | $8,612.98 | $8,612.98 |
| 5 300 7100 | Citibank, N.A.<br>6716 Grade Ln Blg 9<br>Ste 10-PY Dept<br>Louisville, KY 40213-3439<br>Attn: Benni Ewing | Unsecured | Account No. XXXXX8040 | $0.00 | $5,708.53 | $5,708.53 |
| 6 300 7100 | Bank Of America, N.A.<br>PO Box 15012<br>Wilmington, DE 19886-5102<br>Attn: Amy Lauzau | Unsecured | Account no. XXXX4657 | $8,067.00 | $8,604.06 | $8,604.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-13896  
Debtor Name: Dawn Criket Alexander  
Claims Bar Date: 9/14/2021  
Date: April 21, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | U.S. Bank National Association<br>dba Elan Financial Services<br>PO Box 5227<br>Cincinnati, OH  45201-5227<br>Attn:  Gwen Noel | Unsecured | Account No. XXXX3071 | $0.00 | $13,210.05 | $13,210.05 |
| 8<br>300<br>7100 | Howard County, Maryland<br>Howard County Economic<br>Development Autho<br>c/o Kristen Perry<br>Office Of Law<br>3450 Courthouse Drive<br>Ellicott City, Md 21043 | Unsecured | | $0.00 | $133,648.25 | $133,648.25 |
| 10<br>300<br>7100 | Snowden Investors Llc<br>7200 Wisconsin Avenue Ste 700<br>Bethesda, MD  20814<br>Attn:  Steve Davis | Unsecured | | $500,000.00 | $1,037,559.50 | $1,037,559.50 |
| 11<br>300<br>7100 | TBF Financial, LLC<br>740 Waukegan Rd., Suite 404<br>Deerfield, Il 60015<br>Attn:  Brett Boehm | Unsecured | Account No. XXXX2577 | $0.00 | $59,561.26 | $59,561.26 |
| 12<br>300<br>7100 | TD BANK USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>PO Box 3978<br>Seattle, WA  98124<br>Attn:  Jordan Morrison | Unsecured | | $0.00 | $178.49 | $178.49 |
| | Case Totals | | | $629,067.00 | $1,416,315.52 | $1,409,023.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-13896
Case Name: Dawn Criket Alexander
Trustee Name: Monique D. Almy, Trustee

| | Balance on hand | | $ | 41,572.65 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Branch Banking & Trust Company Now Truist | $ 7,292.18 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
|---|---|
| Remaining Balance | $ 41,572.65 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Monique Desiree Almy | $ 4,916.32 | $ 0.00 | $ 4,916.32 |
| Trustee Expenses: Monique Desiree Almy | $ 116.50 | $ 0.00 | $ 116.50 |

| Total to be paid for chapter 7 administrative expenses | $ 5,032.82 |
|---|---|
| Remaining Balance | $ 36,539.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,403,990.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | $ 2,710.43 | $ 0.00 | $ 70.54 |
| 2 | Allegiant Partners, Inc. | $ 31,213.71 | $ 0.00 | $ 812.36 |
| 3 | CIT Bank, NA | $ 102,983.26 | $ 0.00 | $ 2,680.21 |
| 4 | Citibank, N.A. | $ 8,612.98 | $ 0.00 | $ 224.16 |
| 5 | Citibank, N.A. | $ 5,708.53 | $ 0.00 | $ 148.57 |
| 6 | Bank Of America, N.A. | $ 8,604.06 | $ 0.00 | $ 223.93 |
| 7 | U.S. Bank National Association | $ 13,210.05 | $ 0.00 | $ 343.80 |
| 8 | Howard County, Maryland | $ 133,648.25 | $ 0.00 | $ 3,478.29 |
| 10 | Snowden Investors Llc | $ 1,037,559.50 | $ 0.00 | $ 27,003.21 |
| 11 | TBF Financial, LLC | $ 59,561.26 | $ 0.00 | $ 1,550.12 |
| 12 | TD BANK USA, N.A. | $ 178.49 | $ 0.00 | $ 4.64 |
| | Total to be paid to timely general unsecured creditors | | | $ 36,539.83 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE