UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Dawn Criket Alexander | § | Case No. 21-13896 |
| | § | |
| Debtor | § | |

**AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Monique D. Almy, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,783,838.93                    Assets Exempt: 63,936.07
*(Without deducting any secured claims)*

Total Distributions to Claimants: 45,830.38       Claims Discharged
                                                   Without Payment: 3,157,048.45

Total Expenses of Administration: 6,119.56

---

3) Total gross receipts of $51,949.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $51,949.94 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,187,653.31 | $7,292.18 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,119.56 | 6,119.56 | 6,119.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,240,302.00 | 1,403,990.52 | 1,403,990.52 | 45,830.38 |
| **TOTAL DISBURSEMENTS** | $2,427,955.31 | $1,417,402.26 | $1,410,110.08 | $51,949.94 |

4) This case was originally filed under chapter 7 on 06/11/2021. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2023             By:/s/Monique D. Almy, Trustee
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo $47,236.21 | 1129-000 | 41,663.21 |
| Estate of Mabel Alexander | 1229-000 | 10,286.73 |
| **TOTAL GROSS RECEIPTS** | | **$51,949.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BB&T, POBox 2306 Wilson, NC 27894 | | 8,261.57 | NA | NA | 0.00 |
| | Chase Mortgage, Mailcode LA4-6475 700 Kansas Lane Monroe, LA 71203 | | 554,391.74 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eagle Bank/SBA, 7815 Woodmont Avenue Bethesda, MD 20814 | | 225,000.00 | NA | NA | 0.00 |
| | Maryland Small Business Development Financing Authority, FPAA Workflow Coordinator 401 E Pratt Street 17th Fl Baltimore, MD 21202 | | 400,000.00 | NA | NA | 0.00 |
| 9 | Branch Banking & Trust Company Now Truist | 4110-000 | NA | 7,292.18 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,187,653.31** | **$7,292.18** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Monique Desiree Almy | 2100-000 | NA | 5,847.50 | 5,847.50 | 5,847.50 |
| Monique Desiree Almy | 2200-000 | NA | 181.50 | 181.50 | 181.50 |
| SeibertKeck Insurance Partners | 2300-000 | NA | 7.50 | 7.50 | 7.50 |
| Axos Bank | 2600-000 | NA | 83.06 | 83.06 | 83.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$NA** | **$6,119.56** | **$6,119.56** | **$6,119.56** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Comptroller of Maryland, Revenue Administration Division 110 Carroll Street Annapolis, MD 21411 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, 31 Hopkins Plaza Baltimore, MD 21201 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Catchfire Funding, 19751 E. Mainstreet Suite 360 Parker, CO 80138 |  | 120.00 | NA | NA | 0.00 |
|  | Eagle Bank/SBA, 7815 Woodmont Avenue Bethesda, MD 20814 |  | 245,000.00 | NA | NA | 0.00 |
|  | HCEDA, 6751 Columbia Parkway Suite 500 Columbia, MD 21046 |  | 133,444.00 | NA | NA | 0.00 |
|  | Howard Bank, POBox 790408 Saint Louis, MO 63179 |  | 28,000.00 | NA | NA | 0.00 |
|  | Mood Media, 2100 Frontage Road Ste 200 Austin, TX 78704 |  | 421.00 | NA | NA | 0.00 |
|  | MSBDFA EPIP Covid, Attn: Finance Programs 401 E Pratt Street 17th Fl Baltimore, MD 21202 |  | 200,000.00 | NA | NA | 0.00 |
|  | Time Payment, 1600 District Avenue Ste 200 |  | 4,250.00 | NA | NA | 0.00 |
| 2 | Allegiant Partners, Inc. | 7100-000 | 31,000.00 | 31,213.71 | 31,213.71 | 1,018.91 |
| 6 | Bank Of America, N.A. | 7100-000 | 8,067.00 | 8,604.06 | 8,604.06 | 280.86 |
| 3 | CIT Bank, NA | 7100-000 | 90,000.00 | 102,983.26 | 102,983.26 | 3,361.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Citibank, N.A. | 7100-000 | NA | 8,612.98 | 8,612.98 | 281.15 |
| 5 | Citibank, N.A. | 7100-000 | NA | 5,708.53 | 5,708.53 | 186.34 |
| 8 | Howard County, Maryland | 7100-000 | NA | 133,648.25 | 133,648.25 | 4,362.67 |
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | 2,710.43 | 2,710.43 | 88.48 |
| 10 | Snowden Investors Llc | 7100-000 | 500,000.00 | 1,037,559.50 | 1,037,559.50 | 33,868.99 |
| 11 | TBF Financial, LLC | 7100-000 | NA | 59,561.26 | 59,561.26 | 1,944.25 |
| 7 | U.S. Bank National Association | 7100-000 | NA | 13,210.05 | 13,210.05 | 431.21 |
| 12 | TD BANK USA, N.A. | 7100-001 | NA | 178.49 | 178.49 | 5.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,240,302.00 | $1,403,990.52 | $1,403,990.52 | $45,830.38 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 21-13896 | DER | Judge: | David E. Rice | Trustee Name: | Monique D. Almy, Trustee |
| Case Name: | Dawn Criket Alexander | | | | Date Filed (f) or Converted (c): | 06/11/2021 (f) |
| | | | | | 341(a) Meeting Date: | 07/12/2021 |
| For Period Ending: | 11/13/2023 | | | | Claims Bar Date: | 09/14/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family 5108 Brady Court Ellicott City, Md 21043 Howard | 877,000.00 | 0.00 | | 0.00 | FA |
| 2. Toyota Minivan Mileage: 165000 Not Operable | 250.00 | 0.00 | | 0.00 | FA |
| 3. 2 Tv's , 1 Radio/Clock | 225.00 | 0.00 | | 0.00 | FA |
| 4. 1 Watch, 2 Rings | 150.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6. Wells Fargo $47,236.21 | 47,236.21 | 41,663.21 | | 41,663.21 | FA |
| 7. Wells Fargo - Joint Checking Account With Brother $52.73 | 52.73 | 0.00 | | 0.00 | FA |
| 8. 100% Ownership of Algits Incorporated, pending Chapter 11 case | 1.00 | 0.00 | | 0.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. 401(K) Or Similar Plan: Ibm | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) Or Similar Plan: Charles Schwab | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Ira: Citibank | 30,000.00 | 0.00 | | 0.00 | FA |
| 13. Ira: Vanguard | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. Unsecured Creditor In Algits Incorporated Chapter 11 Case | 1.00 | 0.00 | | 0.00 | FA |
| 15. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 16. Household Goods and Furnishings | 550.00 | 0.00 | | 0.00 | FA |
| 17. Clothing | 325.00 | 0.00 | | 0.00 | FA |
| 18. .614 land, Glen Planters Lane | 5,100.00 | 0.00 | | 0.00 | FA |
| 19. Coconut Beach Timeshare | 1,000.00 | 0.00 | | 0.00 | FA |
| 20. 11358 Barley Field Way | 909,500.00 | 0.00 | | 0.00 | FA |
| 21. 2021 Toyota Avalon - leased vehicle | 1.00 | 0.00 | | 0.00 | FA |
| 22. Bank of America account XXX2902 | 7.11 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 21-13896 | DER | Judge: | David E. Rice | Trustee Name: | Monique D. Almy, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Dawn Criket Alexander | | | | Date Filed (f) or Converted (c): | 06/11/2021 (f) |
| | | | | | 341(a) Meeting Date: | 07/12/2021 |
| For Period Ending: | 11/13/2023 | | | | Claims Bar Date: | 09/14/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Bank of America account XXXX2915 | 12.10 | 0.00 | | 0.00 | FA |
| 24. Capital One account XXXXX8826 | 250.00 | 0.00 | | 0.00 | FA |
| 25. Capital One account XXXXX8303 | 250.00 | 0.00 | | 0.00 | FA |
| 26. Citibank, account 52095582 | 598.48 | 0.00 | | 0.00 | FA |
| 27. Manulife Stock, 27327353 | 878.58 | 0.00 | | 0.00 | FA |
| 28. Estate of Mabel Alexander (u) | 0.00 | 10,286.73 | | 10,286.73 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,889,438.21 | $51,949.94 | | $51,949.94 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered the Non-exempt equity of the Debtor's interest in a Wells Fargo bank account XXXX5140. The debtor's business, Algits, case no. 21-13888, received a purchase offer early in the case but ultimately defaulted. After some delay the business was sold. Some of the Debtor's property is encumbered by liens supporting business debt. Trustee filed her original TFR and made distribution.

Item 28 is an inheritance recovered that will also be distributed. An Amended TFR was submitted to the UST on 2/17/23.

RE PROP #   20   --   Property is Deeded to April Giles as Sole Owner, at Book 18705, page 155. Purchase Money Deed of Trust recorded same date with April Giles as sole obligor of mortgage payments.

Initial Projected Date of Final Report (TFR): 02/28/2023    Current Projected Date of Final Report (TFR): 02/28/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-13896 | | | Trustee Name: | Monique D. Almy, Trustee |
| Case Name: | Dawn Criket Alexander | | | Bank Name: | Axos Bank |
| | | | | Account Number/CD#: | XXXXXX0381 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX5097 | | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/13/2023 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/21 | 6 | Wells Fargo | Non-exempt equity in personal property | 1129-000 | $41,663.21 | | $41,663.21 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.10 | $41,626.11 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.96 | $41,580.15 |
| 03/04/22 | 2001 | SeibertKeck Insurance Partners<br>812 E Huron #280<br>Cleveland, OH 44115 | Trustee Bond Payment | 2300-000 | | $7.50 | $41,572.65 |
| 05/20/22 | 2002 | Monique Desiree Almy<br>CROWELL & MORING<br>1001 PENNSYLVANIA AVENUE, N.W., 10TH FL<br>WASHINGTON, DC 20004-2595 | Distribution | | | $5,032.82 | $36,539.83 |
| | | Monique Desiree Almy | Final distribution creditor account # representing a payment of 100.00 % per court order. ($4,916.32) | 2100-000 | | | |
| | | Monique Desiree Almy | Final distribution creditor account # representing a payment of 100.00 % per court order. ($116.50) | 2200-000 | | | |
| 05/20/22 | 2003 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850<br>Attn: Matthew Tillma | Final distribution to claim 1 creditor account # representing a payment of 2.60 % per court order. | 7100-000 | | $70.54 | $36,469.29 |
| 05/20/22 | 2004 | Allegiant Partners, Inc.<br>c/o Kind & Dashoff, LLC<br>One Church Lane<br>Baltimore, MD 21208<br>Attn: Richard Kind | Final distribution to claim 2 creditor account # representing a payment of 2.60 % per court order. | 7100-000 | | $812.36 | $35,656.93 |
| 05/20/22 | 2005 | CIT Bank, NA<br>155 Commerce Way<br>Portsmouth, NH 03801 | Final distribution to claim 3 creditor account # representing a payment of 2.60 % per court order. | 7100-000 | | $2,680.21 | $32,976.72 |

| | | | Page Subtotals: | | $41,663.21 | $8,686.49 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-13896 | Trustee Name: | Monique D. Almy, Trustee |
| Case Name: | Dawn Criket Alexander | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0381 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5097 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/13/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/22 | 2006 | Citibank, N.A.<br>6716 Grade Ln Blg 9<br>Ste 10-PY Dept<br>Louisville, KY 40213-3439<br>Attn: Benni Ewing | Distribution | | | | $372.73 | $32,603.99 |
| | | Citibank, N.A. | Final distribution to claim 4 creditor account # representing a payment of 2.60 % per court order. | ($224.16) | 7100-000 | | | |
| | | Citibank, N.A. | Final distribution to claim 5 creditor account # representing a payment of 2.60 % per court order. | ($148.57) | 7100-000 | | | |
| 05/20/22 | 2007 | Bank Of America, N.A.<br>PO Box 15012<br>Wilmington, DE 19886-5102<br>Attn: Amy Lauzau | Final distribution to claim 6 creditor account # representing a payment of 2.60 % per court order. | | 7100-000 | | $223.93 | $32,380.06 |
| 05/20/22 | 2008 | U.S. Bank National Association<br>dba Elan Financial Services<br>PO Box 5227<br>Cincinnati, OH 45201-5227<br>Attn: Gwen Noel | Final distribution to claim 7 creditor account # representing a payment of 2.60 % per court order. | | 7100-000 | | $343.80 | $32,036.26 |
| 05/20/22 | 2009 | Howard County, Maryland<br>Howard County Economic Development Autho<br>c/o Kristen Perry<br>Office Of Law<br>3450 Courthouse Drive<br>Ellicott City, Md 21043 | Final distribution to claim 8 creditor account # representing a payment of 2.60 % per court order. | | 7100-000 | | $3,478.29 | $28,557.97 |
| 05/20/22 | 2010 | Snowden Investors Llc<br>7200 Wisconsin Avenue Ste 700<br>Bethesda, MD 20814<br>Attn: Steve Davis | Final distribution to claim 10 creditor account # representing a payment of 2.60 % per court order. | | 7100-000 | | $27,003.21 | $1,554.76 |
| 05/20/22 | 2011 | TBF Financial, LLC<br>740 Waukegan Rd., Suite 404<br>Deerfield, Il 60015<br>Attn: Brett Boehm | Final distribution to claim 11 creditor account # representing a payment of 2.60 % per court order. | | 7100-000 | | $1,550.12 | $4.64 |

Page Subtotals: $0.00   $32,972.08

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-13896 | Trustee Name: | Monique D. Almy, Trustee |
| Case Name: | Dawn Criket Alexander | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0381 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5097 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/13/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/22 | 2012 | Clerk, U.S. Bankruptcy Court<br>101 West Lombard Street<br>Ste. 8308<br>Baltimore, MD 21201 | Remit to Court | 7100-001 | | $4.64 | $0.00 |
| 06/11/22 | 2012 | Clerk, U.S. Bankruptcy Court<br>101 West Lombard Street<br>Ste. 8308<br>Baltimore, MD 21201 | Remit to Court Reversal | 7100-000 | | ($4.64) | $4.64 |
| 06/17/22 | | U.S. Bankruptcy court | Payment to Creditor | 7100-000 | | $4.64 | $0.00 |
| 02/07/23 | 28 | Dawn Criket Alexander<br>5108 Brady Court<br>Columbia, MD 21043 | Mabel Alexander inheritance | 1229-000 | $10,286.73 | | $10,286.73 |
| 08/18/23 | 2013 | Monique Desiree Almy<br>CROWELL & MORING<br>1001 PENNSYLVANIA AVENUE, N.W.,<br>10TH FL<br>WASHINGTON, DC  20004-2595 | Distribution | | | $996.18 | $9,290.55 |
| | | Monique Desiree Almy | Final distribution creditor   ($931.18)<br>account # representing a<br>payment of 15.92 % per court<br>order. | 2100-000 | | | |
| | | Monique Desiree Almy | Final distribution creditor   ($65.00)<br>account # representing a<br>payment of 35.81 % per court<br>order. | 2200-000 | | | |
| 08/18/23 | 2014 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE  19850<br>Attn:  Matthew Tillma | Final distribution to claim 1<br>creditor account # representing<br>a payment of 0.66 % per court<br>order. | 7100-000 | | $17.94 | $9,272.61 |
| 08/18/23 | 2015 | Allegiant Partners, Inc.<br>c/o Kind & Dashoff, LLC<br>One Church Lane<br>Baltimore, MD  21208<br>Attn:  Richard Kind | Final distribution to claim 2<br>creditor account # representing<br>a payment of 0.66 % per court<br>order. | 7100-000 | | $206.55 | $9,066.06 |
| 08/18/23 | 2016 | CIT Bank, NA<br>155 Commerce Way<br>Portsmouth, NH  03801 | Final distribution to claim 3<br>creditor account # representing<br>a payment of 0.66 % per court<br>order. | 7100-000 | | $681.47 | $8,384.59 |

Page Subtotals: $10,286.73   $1,906.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 21-13896 | Trustee Name: | Monique D. Almy, Trustee | |
| Case Name: | Dawn Criket Alexander | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0381 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5097 | Blanket Bond (per case limit): | $3,000,000.00 | |
| For Period Ending: | 11/13/2023 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/23 | 2017 | Citibank, N.A.<br>6716 Grade Ln Blg 9<br>Ste 10-PY Dept<br>Louisville, KY  40213-3439<br>Attn:  Benni Ewing | Distribution | | | $94.76 | $8,289.83 |
| | | Citibank, N.A. | Final distribution to claim 4 creditor account # representing a payment of 0.66 % per court order. | ($56.99) 7100-000 | | | |
| | | Citibank, N.A. | Final distribution to claim 5 creditor account # representing a payment of 0.66 % per court order. | ($37.77) 7100-000 | | | |
| 08/18/23 | 2018 | Bank Of America, N.A.<br>PO Box 15012<br>Wilmington, DE  19886-5102<br>Attn:  Amy Lauzau | Final distribution to claim 6 creditor account # representing a payment of 0.66 % per court order. | 7100-000 | | $56.93 | $8,232.90 |
| 08/18/23 | 2019 | U.S. Bank National Association<br>dba Elan Financial Services<br>PO Box 5227<br>Cincinnati, OH  45201-5227<br>Attn:  Gwen Noel | Final distribution to claim 7 creditor account # representing a payment of 0.66 % per court order. | 7100-000 | | $87.41 | $8,145.49 |
| 08/18/23 | 2020 | Howard County, Maryland<br>Howard County Economic Development Autho<br>c/o Kristen Perry<br>Office Of Law<br>3450 Courthouse Drive<br>Ellicott City, Md 21043 | Final distribution to claim 8 creditor account # representing a payment of 0.66 % per court order. | 7100-000 | | $884.38 | $7,261.11 |
| 08/18/23 | 2021 | Snowden Investors Llc<br>7200 Wisconsin Avenue Ste 700<br>Bethesda, MD  20814<br>Attn:  Steve Davis | Final distribution to claim 10 creditor account # representing a payment of 0.66 % per court order. | 7100-000 | | $6,865.78 | $395.33 |
| 08/18/23 | 2022 | TBF Financial, LLC<br>740 Waukegan Rd., Suite 404<br>Deerfield, Il 60015<br>Attn:  Brett Boehm | Final distribution to claim 11 creditor account # representing a payment of 0.66 % per court order. | 7100-000 | | $394.13 | $1.20 |

Page Subtotals:  $0.00    $8,383.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-13896 | Trustee Name: | Monique D. Almy, Trustee |
| Case Name: | Dawn Criket Alexander | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0381 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5097 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/13/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/23 | 2023 | Clerk, U.S. Bankruptcy Court<br>101 West Lombard Street<br>Ste. 8308<br>Baltimore, MD 21201 | Remit to Court | 7100-001 | | $1.20 | $0.00 |
| 10/19/23 | 2022 | TBF Financial, LLC<br>740 Waukegan Rd., Suite 404<br>Deerfield, Il 60015<br>Attn: Brett Boehm | Final distribution to claim 11 creditor account # representing a payment of 0.66 % per court order. Reversal | 7100-000 | | ($394.13) | $394.13 |
| 11/01/23 | 2024 | TBF Financial, LLC<br>870 Sheridan Road<br>Highwood, IL 60040<br>Attn: Jaymee Servellon | Final distribution to claim 11 | 7100-000 | | $394.13 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $51,949.94 | $51,949.94 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $51,949.94 | $51,949.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $51,949.94 | $51,949.94 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals: $0.00    $1.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |       | | |
|---|---|---|---|---|
| Case No: | 21-13896 | Trustee Name: | Monique D. Almy, Trustee | |
| Case Name: | Dawn Criket Alexander | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0506 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5097 | Blanket Bond (per case limit): | $3,000,000.00 | |
| For Period Ending: | 11/13/2023 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*                                   Page Subtotals:                            $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0381 - Checking | $51,949.94 | $51,949.94 | $0.00 |
| XXXXXX0506 - Checking | $0.00 | $0.00 | $0.00 |
|  | $51,949.94 | $51,949.94 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $51,949.94 |
| Total Gross Receipts: | $51,949.94 |